# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBRA COOPER, as Personal Representative of the Estate of Christopher Beaty, )<br>)<br>)<br>) | |
| Plaintiff,  ) | |
| )<br>v.  ) | No. 1:22-cv-00917-TWP-KMB |
| ) | |
| CITY OF INDIANAPOLIS, JOE HOGSETT, in his individual and official capacity, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, and RANDAL TAYLOR, in his individual and official capacity, )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| ) | |
| Defendants.  ) | |

## **FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**

Judgment is entered in favor of Defendants on the § 1983 claim asserted in the Complaint (Filing No. 1), and Count One is **dismissed with prejudice**. The Court relinquishes jurisdiction over Plaintiff's remaining state law claim against the Defendants, and Count Two is **dismissed without prejudice**.

This action is **TERMINATED**.

Dated: 2/7/2023

                                                                                 Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
        Deputy Clerk

Distribution:

Rochelle Elaine Borinstein
Borinstein Springer, LLP
rborinst@aol.com

Matthew K. Giffin
Office of Corporation Counsel
matt.giffin@indy.gov

Matthew Springer
Borinstein Springer, LLP
matt@borinsteinspringer.com